COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Dmitrc Ian Burnes
Burnes & Burnes
P. O. Box 650
Alexandria LA 71309-0650

**REHEARING ACTION: June 25, 2014**

**Docket Number: 13   01286-KA**

**STATE OF LOUISIANA
VERSUS
WALTER URENA**

**Appealed from Rapides Parish Case No. 309,898**

**BEFORE JUDGES:**

    **Hon. John D. Saunders
Hon. Jimmie C. Peters
Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Walter Urena** has this day been

    **DENIED.**

cc: James C. Downs, Counsel for the Appellee
    Monique Yvette Metoyer, Counsel for the Appellee